UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO TURNER, | : | Case No. 1:10-cv-659 |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| WARDEN, Ross Correctional Institution, | : | |
| Respondent. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18); (2) ADOPTING THE SUPPLEMENTAL REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21); AND (3) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 22, 2011 submitted a Report and Recommendations. (Doc. 18). The Petitioner filed Objections on November 22, 2011. (Doc. 20). Subsequently, Magistrate Judge Merz submitted a Supplemental Report and Recommendations (Doc. 21), to which the Petitioner objected again[1] (Doc. 23).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

---

[1] The substance of Petitioner's second set of objections effectively repeat his original objections. (*See* Doc. 20).

of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Reports and Recommendations should be and are hereby adopted in their entirety; and Plaintiff's Objections to the Reports and Recommendations are overruled.

Accordingly:

1. The Reports and Recommendations (Docs. 18, 21) are **ADOPTED**;

2. The Petition is **DISMISSED WITH PREJUDICE**;

3. A certificate of appealability under 28 U.S.C. § 2253 is **DENIED**; and

4. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 3/12/12

Timothy S. Black
United States District Judge