**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**ANTONIO TURNER,**

    Petitioner,

                           **CASE NO.    1:10-cv-659**

**-vs-**

                            **District Judge Timothy S. Black
Magistrate Judge Michael R. Merz**

**WARDEN, Ross Correctional Institution,**

    Respondent.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 18) of the United States Magistrate Judge is **ADOPTED;** that the Supplemental Report and Recommendations (Doc. 21) of the United States Magistrate Judge is **ADOPTED**; and that the case is **TERMINATED** from the docket.

Date:  March 12, 2012                                 **JAMES BONINI, CLERK**

                                                      By: s/ M. Rogers
                                                      Deputy Clerk